**TRENK, DiPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
(973) 243-8677 (Fax)
Richard D. Trenk (RDT6874)
E. Pricilla Mori (EPM2694)
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS KELLY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TOWNSHIP OF WEST ORANGE, TOWNSHIP OF WEST ORANGE POLICE DEPARTMENT; COUNTY OF ESSEX; SGT. ROBERT HARTMAN, in his individual and official capacities; JAMES P. ABBOTT, CHIEF OF POLICE - WEST ORANGE; and JOHN DOES 1-10 (person or persons to be identified at a later dated),<br><br>　　　　　　　　Defendants. | Civ. Act. No. 09-05257-KSH-PS<br><br>Honorable Katherine S. Hayden<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

　　　　**IT IS** hereby agreed and stipulated between the parties that all claims against the Defendants, pleaded or which could have been pled, are hereby dismissed with prejudice and without costs.

| | |
|---|---|
| **BENENSON & SCHER**<br>Attorneys for Plaintiff Thomas Kelly | **TRENK, DiPASQUALE, WEBSTER,**<br>**DELLA FERA & SODONO, P.C.**<br>Attorneys for Defendants, Township of West Orange, Chief James P Abbott, Sergeant Robert Hartman and Officer Scott Smarsh |
| By:　/s/ Jay R. Benenson<br>　　　Jay R. Benenson | By:　/s/ Richard D. Trenk<br>　　　Richard D. Trenk |
| Dated:  February 3, 2010 | Dated:  February 3, 2010 |

**SCHACKLETON & HAZELTINE**
Attorneys for Plaintiff Thomas Kelly


By:     /s/ Kenneth L. Leiby, Jr.
        Kenneth L. Leiby, Jr.

Dated:  February 3, 2010


F:\WPDOCS\A-M\GardenState\Kelly\StipDismiss.doc